UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY BESSETTE,

          Plaintiff,

-vs-                                              Case No. 6:11-cv-778-Orl-18KRS

ENHANCED RECOVERY COMPANY, LLC,

          Defendant.
_____

## ORDER

On June 3, 2011 the plaintiff filed a Notice of Voluntary Dismissal With Prejudice (Doc. No. 7). Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1)(i), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Clerk of the Court is directed to CLOSE the case.

**DONE** and **ORDERED** in Orlando, Florida, this ___6___ day of June, 2011.

                                                      G. KENDALL SHARP
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record